UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS, | No. 2:13-cv-2113 KJN P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| HSIEH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed October 9, 2015, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On November 2, 2015, plaintiff submitted the USM-285 forms but failed to submit the five copies of the May 2014 amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy of the amended complaint filed on May 9, 2014; and

/////

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the five copies of the amended complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: November 10, 2015

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/edwa2113.8f