UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS,<br><br>                    Plaintiff,<br><br>         v.<br><br>HSIEH, et al,<br><br>                    Defendants. | No. 2:13-cv-02113 GEB KJN P (TEMP)<br><br><br>ORDER |

Plaintiff is proceeding in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 22, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

ORDERED that:

1. The findings and recommendations filed April 22, 2016, are adopted in full;

2. Defendant's Zamora's motion to dismiss (ECF No. 19) is denied; and

3. Defendant Zamora shall file an Answer within fourteen days from the date of this order.

Dated:  June 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge