UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS, | No. 2:13-cv-02113 GEB KJN P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| HSIEH, et al, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: July 28, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

edwa2113.59a

1