UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS, | No. 2:13-cv-02113 GEB DB P |
| Plaintiff, | |
| v. | ORDER |
| HSIEH, et al, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Defendants have no objection. ECF No. 31. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  October 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1